UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**JENNIFER PETERSON,**

Plaintiff,

vs.

**AMERICAN SUMMIT MORTGAGE CORPORATION, AMERICAN SUMMIT LENDING CORPORATION, AMERICAN SUMMIT HOME EQUITY CORPORATION, AMERICAN SUMMIT HOMES, LLC, AMERICAN SUMMIT TITLE LIMITED PARTNERSHIP, MICHAEL McVAY,** in his official and individual capacities, and **CRAIG NESTER,** in his official and individual capacities,

Defendants.

---

No. 00 CV 1610 RHK/JMM

**STIPULATION FOR EXTENSION OF TIME**

**IT IS HEREBY STIPULATED**, by the Parties, through their undersigned attorneys, that in view of the parties desire to privately mediate this matter, that the time within which Defendants shall reply to the Complaint shall be extended to September 8, 2000.

Dated: July 10, 2000

Lori Peterson (#212490)
Tracy N. Tool (#213514)
**LORI PETERSON & ASSOCIATES**
700 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
(612) 321-0606
Attorneys for Plaintiff

FILED JUL 11 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: July 10, 2000

Richard A. Ross (# 181791)
Catherine M. Powell (#296430)
**FREDRIKSON & BYRON, P.A.**
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
(612) 347-7022

Attorneys for Defendants

**IT IS HEREBY ORDERED:**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Rule 16.1 of the Local Rules of the United States District Court for the District of Minnesota, and the parties' stipulation, the time within which Defendants shall reply to the Complaint is extended to September 8, 2000.

Dated: July 11, 2000

John M. Mason
United States Magistrate Judge

::ODMA\PCDOCS\FBDOCS1\2400992\1