UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**JENNIFER PETERSON,**

Plaintiff,

vs.

**AMERICAN SUMMIT MORTGAGE CORPORATION, AMERICAN SUMMIT LENDING CORPORATION, AMERICAN SUMMIT HOME EQUITY CORPORATION, AMERICAN SUMMIT HOMES, LLC, AMERICAN SUMMIT TITLE LIMITED PARTNERSIIIP, MICHAEL McVAY,** in his official and individual capacities, and **CRAIG NESTER,** in his official and individual capacities,

Defendants.

No. 00 CV 1610 RHK/JMM

**STIPULATION TO DISMISS DEFENDANTS AMERICAN SUMMIT HOMES, LLC AND AMERICAN SUMMIT TITLE LIMITED PARTNERSHIP**

**IT IS HEREBY STIPULATED**, by the Parties, through their undersigned attorneys, that Defendants American Summit Homes, LLC and American Summit Title Limited Partnership should be dismissed as parties to the above action, with prejudice.

Dated: July 10, 2000

Lori Peterson (#212490)
Tracy N. Tool (#213514)
**LORI PETERSON & ASSOCIATES**
700 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
(612) 321-0606
Attorneys for Plaintiff

FILED JUL 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUL 13 2000
DEPUTY CLERK

Dated: July 10, 2000

Richard A. Ross (# 181791)
Catherine M. Powell (#296430)
**FREDRIKSON & BYRON, P.A.**
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
(612) 347-7022

Attorneys for Defendants

**IT IS HEREBY ORDERED:**

Pursuant to Rules 41(a)(1) and 54(b) of the Federal Rules of Civil Procedure and the parties' stipulation, Defendants American Summit Homes, LLC and American Summit Title Limited Partnership are hereby dismissed, with prejudice, as parties to this action.

There being no just reason is for delay, the Clerk of the Court is expressly directed to enter judgment dismissing Defendants American Summit Homes, LLC and American Summit Title Limited Partnership as defendants in this action.

Dated: July 13, 2000

~~John M. Mason~~ Richard H. Kyle
United States ~~Magistrate~~ Judge

::ODMA\PCDOCS\FBDOCS1\2400993\1