No copies kg

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**JENNIFER PETERSON,**

Plaintiff,

vs.

**AMERICAN SUMMIT MORTGAGE CORPORATION, AMERICAN SUMMIT LENDING CORPORATION, AMERICAN SUMMIT HOME EQUITY CORPORATION, MICHAEL McVAY,** in his official and individual capacities, and **CRAIG NESTER,** in his official and individual capacities,

Defendants.

Civil No. 00-1610 (RHK/JMM)

**STIPULATION TO AMEND COMPLAINT**

RECEIVED
SEP 14 2000
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

**IT IS HEREBY STIPULATED**, by the Parties, through their undersigned attorneys, that pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiff hereby amends her Complaint as set forth in the Amended Complaint attached hereto, to add a claim under Title VII of the Civil Rights Act of 1964, as amended. It is further stipulated by the parties that Defendants may have ten (10) days to respond to such Amended Complaint.

Dated: September 14, 2000

Lori Peterson (#212490)
Tracy N. Tool (#213514)
**LORI PETERSON & ASSOCIATES**
700 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
(612) 321-0606

**ATTORNEYS FOR PLAINTIFF**

FILED SEP 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: September 14, 2000

Richard A. Ross (#181791)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
(612) 347-7022

**ATTORNEYS FOR DEFENDANTS**

::ODMA\PCDOCS\FBDOCS1\2422218\1

So Ordered!
September 14, 2000

Jon M. Mikkelson
U.S. Magistrate Judge