UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**JENNIFER PETERSON,**

Plaintiff,

vs.

**AMERICAN SUMMIT MORTGAGE CORPORATION; AMERICAN SUMMIT LENDING CORPORATION; AMERICAN SUMMIT HOME EQUITY CORPORATION; MICHAEL McVAY and CRAIG NESTER,**

Defendants.

---

Court File No.: 00-1610 (RHK/JMM)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, by their respective counsel, that this action, having been resolved, is hereby dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own costs and attorneys' fees.

Dated: November 13, 2000

Lori Peterson ( 212490 )
Tracy N. Tool ( 213524 )
Lori Peterson & Associates
700 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 5402

ATTORNEYS FOR PLAINTIFF
JENNIFER PETERSON



FILED DEC 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD DEC 14 2000
DEPUTY CLERK

Dated: ~~November~~ December 12, 2000

Richard A. Ross (MN I.D. #181791)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
(612) 347-7022

ATTORNEYS FOR DEFENDANTS AMERICAN SUMMIT MORTGAGE CORPORATION, AMERICAN SUMMIT LENDING CORPORATION, AMERICAN SUMMIT HOME EQUITY CORPORATION, MICHAEL MCVAY AND CRAIG NESTER

**ORDER**

**BASED ON THE FOREGOING**:

**IT IS HEREBY ORDERED** that the above-entitled action, is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 12/14/00

By: ____________________
JUDGE RICHARD KYLE
UNITED STATES DISTRICT COURT

::ODMA\PCDOCS\FBDOCS1\2441114\1